

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00793-CV

**IN THE INTEREST OF J.J.S.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01218
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. It is ORDERED that no costs of appeal shall be assessed against appellant.

SIGNED February 25, 2015.

_____
Karen Angelini, Justice